■ In the Matter of KEYSHAWN B.-G., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; DIANE D.B., Appellant. [759 NYS2d 726] —Appeal from an order of Family Court, Erie County (Rosa, J.), entered June 28, 2001, which terminated the parental rights of respondent.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decisions at Family Court, Erie County, Rosa, J. Present—Green, J.P., Hurlbutt, Scudder, Burns and Hayes, JJ.